**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MOBILE SHELTER SYSTEMS USA, INC.,

    Plaintiff,

vs.                                             Case No. 3:10-cv-978-J-37JBT

GRATE PALLET SOLUTIONS, LLC,
and THOMAS R. BUCK,

    Defendants.

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. 148) of Magistrate Judge Joel B. Toomey, which was dated June 28, 2013. The Magistrate Judge recommends granting in part and denying in part Defendants' Motion for Award of Attorney's Fees and Costs (Doc. 117) and denying Defendants' Motion for Award of Appellate Fees (Doc. 146). No party has filed an objection to the Report and Recommendation, and the time to do so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also* 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions *de novo. See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Based upon an independent examination of the record and a *de novo* review of

the legal conclusions, the Court agrees with the Magistrate Judge's recommendations and will adopt his Report and Recommendation as the opinion of the Court.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 148) is **ADOPTED** as the opinion of the Court and incorporated herein.

2. Defendants' Motion for Award of Attorney's Fees and Costs (Doc. 117) is **GRANTED IN PART** and **DENIED IN PART**. Defendants are awarded $23,000.00 in attorney's fees and $177.60 in costs under Section 542.335(1)(k) of the Florida Statutes. Defendants are further awarded $50,000.00 in attorney's fees pursuant to 35 U.S.C. § 285. The Motion is denied in all other respects.

3. Defendants' Motion for Award of Appellate Fees (Doc. 146) is **DENIED**.

4. The Clerk is directed to enter judgment in favor of Defendants Grate Pallet Solutions, LLC, and Thomas R. Buck and against Plaintiff Mobile Shelter Systems USA, Inc., in the amount of $73,177.60, plus post-judgment interest as provided by 28 U.S.C. § 1961.

5. In accordance with the parties' written stipulation (Doc. 145), Defendants may not enforce the judgment for 90-days following its entry by the Clerk.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on July 22, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:
Counsel of Record